UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

Noah Clemons )
)
    Plaintiff, )
)
v. ) Case No. 3:24-cv-866-MOC
)
Credence Resource Management, LLC )
) **JURY TRIAL DEMANDED**
    Defendant, )
)

---

## COMPLAINT

---

### I. INTRODUCTION

1. This is an action for actual and statutory damages brought by Noah Clemons, an individual consumer, against Defendant Credence Resource Management, LLC for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

## II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331.

3. Venue in this District is proper in that the Defendants principal address is in Dallas, TX

## III. PARTIES

4. Plaintiff Noah Clemons (hereinafter "Plaintiff") is a natural person residing in Charlotte, NC.

5. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

6. Plaintiff's alleged "debt" as defined by the FDCPA, 15 U.S.C 1692a(5) this alleged debt at issue arose from a transaction entered into primarily for personal use.

7. Credence Resource Management, LLC corporation's principal place of business is located at 4222 Trinity Mills, Suite 260 Dallas TX 75287. Their Registered Agent is Corporation Service Company and their address is 2626 Glenwood Avenue, Suite 550. Raleigh, NC 27608

8. Credence Resource Management, LLC is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumers' debts alleged to be due to another.

## IV. FACTS OF THE COMPLAINT

9. Plaintiff is a natural person allegedly obligated to pay a debt asserted to be owed to a creditor other than Credence Resource Management, LLC

10. Defendant Credence Resource Management, LLC (hereinafter referred to as "CRM" or "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

11. Upon information and belief, on a date better known by Debt Collector, Debt Collector began to attempt to collect an alleged consumer debt from Plaintiff.

12. On or about January 11, 2024, Plaintiff received a text from CRM attempting to collect a debt.

13. On the same day this text was received. Plaintiff responded informing CRM that he refuses to pay this debt. Pursuant to 15 U.S.C 1692c(c).

14. However, this did not stop CRM from attempting to collect on this debt in a very harassing manner.

15. After Plaintiff refused to pay this debt. He received over 20 phone calls and more text messaged of CRM attempting to collect on the same debt he previously refused to pay on. Which was a violation of 15 U.S.C. 1692c(c).

16. As a result of the above violations of the FDCPA, Plaintiff has experienced a plethora of actual damages constituting stress, fear, anger, anxiety upon other negative emotions.

## V. FIRST CLAIM FOR RELIEF
### Violations of 15 U.S.C. §1692c(c) – Communication in connection with debt collection

17. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

18. The Debt Collector violated the FDCPA.

19. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

As a result of the above violations of the FDCPA, Defendant are liable to the plaintiff actual damages, statutory damages, attorneys fees and cost.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Noah Clemons respectfully prays that this Honorable Court:

A. Declares that the actions of Defendant violated the FDCPA.

B. Enters Judgment in favor of Plaintiff and against Defendant for violating the FDCPA for:

  i. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

  ii. Statutory damages pursuant to 15 U.S.C 1692k(2);

  iii. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Noah Clemons
10634 Glenmac Rd
Charlotte, NC 28215
noahclemons7@gmail.com

*N. Clemons*